**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GAYLE D. BROWN,<br><br>      Plaintiff,<br><br>  v.<br><br>DENIS R. MCDONOUGH, *in his official capacity as Secretary of Veterans Affairs*,<br><br>      Defendant. | Civil Action No. 14-1457 (JMC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court issues the following orders:

Defendant's Motion to Dismiss, ECF 21, and Defendant's Motion for Judgment on the Pleadings, ECF 57, are **PARTIALLY GRANTED AND PARTIALLY DENIED.**

All Plaintiff's claims are **DISMISSED**, except her claim that Defendant intentionally discriminated against Plaintiff on the basis of age and sex when it reassigned her fleet management duties to a younger, male analyst in May 2014.

**SO ORDERED.**

DATE: May 25, 2023

          _____
          Jia M. Cobb
          U.S. District Court Judge

1